### No. 1466.—Mrs. De St. Romes *v.* D. B. Macarty

A purchaser of real property at forced sale can not be required to pay the back taxes which have accrued and are standing against it of date prior to the sale. The sheriff has not the right, therefore, to pay such taxes out of the purchase price, and thereby reduce the amount to be credited on the *fieri facias* to that extent.

APPEAL from the Second District Court, parish of Orleans. *Duvig-neaud, J.* *Whitaker & Rice,* for plaintiff and appellant. *Hornor & Benedict,* for defendant and appellee.

Howe, J. This controversy arose from the payment of certain taxes for the plaintiff which she insists were not due by her

An examination of the record shows that she did not personally owe the taxes for the years 1852 to 1855, inclusive, which accrued prior to her purchase of the property in 1856. Upon the forced sale of the property by defendant, the sheriff had, therefore, no right to pay these taxes for the plaintiff, and decrease her credit on the writ of *fieri facias* by their amount. The error amounts to $159 33.

It is therefore ordered that the judgment appealed from be reversed, and that the defendant herein be enjoined and restrained from collecting any sum upon said *fieri facias*, or the judgment on which it was issued, beyond the sum of $1288 34, being balance legally due after sale of January 27, 1865, with interest according to the terms of said judgment, and that the defendant pay costs.

Rehearing refused.

Mr. Justice Howell recused